■ JESSIE T. GALTON, Appellant, v TOWN OF NORTH DANSVILLE, Respondent. (Appeal No. 2.) [63 NYS3d 921]—Appeal from an order of the Supreme Court, Livingston County (Dennis S. Cohen, A.J.), entered April 14, 2016. The order, inter alia, granted the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is modified on the law by denying defendant's motion seeking summary judgment dismissing the complaint and reinstating the complaint, and as modified the order is affirmed without costs and the matter is remitted to Supreme Court, Livingston County, for further proceedings in accordance with the same memorandum as in *Stiggins v Town of N. Dansville* (155 AD3d 1617 [2017]). Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.

■ MONICA HARRIS et al., Appellants, v EVAN CAMPBELL, Respondent. (Appeal No. 1.) [63 NYS3d 921]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered November 4, 2015. The order denied the motion of plaintiffs to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435, 435 [2d Dept 1989]; *see also* CPLR 5501 [a] [1]). Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.